# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OIRAM ROMAN AYALA,<br><br>    Petitioner,<br><br>  v.<br><br>G.D. LEWIS, Warden,<br><br>    Respondent. | Case No. SACV 13-589-GHK (LAL)<br><br>**JUDGMENT** |

  Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

  IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:  9/25/15

                HONORABLE GEORGE H. KING
                UNITED STATES DISTRICT JUDGE